UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CASE NO. 3:13CV-1226-R
*electronically filed*

GREGORY HOLEHAN as Administrator of
the Estate of KELSEY HOLEHAN, Deceased     PLAINTIFF

v.     **NOTICE OF REMOVAL**

TBD ACQUISITION, LLC
d/b/a The Brook Hospital-Dupont     DEFENDANT

\* \* \* \* \* \* \* \* \*

Comes the Defendant, TBD Acquisition, LLC d/b/a The Brook Hospital-Dupont ("The Brook"), and hereby gives notice of removal of Civil Action No. 13-CI-06148 from the Jefferson Circuit Court, Commonwealth of Kentucky, to the United States District Court, Western District of Kentucky, at Louisville. In support of this Notice of Removal the Defendant states as follows:

1. The Defendant named in the preceding paragraph has been served with the Summons and Complaint in a civil action styled *GREGORY HOLEHAN as Administrator of the Estate of KELSEY HOLEHAN, Deceased, v. TBD ACQUISITIONS, LLC, d/b/a THE BROOK HOSPITAL-DUPONT*, Civil Action No. 13-CI-06148, currently pending in the Jefferson Circuit Court, Commonwealth of Kentucky, Division Eleven (11).

2. The Plaintiff commenced the above-styled state court civil action by filing a complaint in the Commonwealth of Kentucky, Jefferson Circuit Court, Jefferson

County, Kentucky, on November 21, 2013. A complete copy of all pleadings and papers filed in the Jefferson Circuit Court, Commonwealth of Kentucky, are attached hereto.

3. The Complaint and Summons were served upon this Defendant and it received notice of this action by Summons and Complaint on November 25, 2013.

4. Pursuant to 28 U.S.C. § 1446(b), removal is timely when filed within thirty (30) days after the receipt by the Defendant of the initial pleading setting forth the claims for relief. Thus, removal in this action is timely.

5. At all relevant times, Plaintiff was a resident of Kentucky. Defendant is a Delaware corporation which is a citizen and resident of Delaware with its principal place of business located at 367 S. Gulph Rd., King of Prussia, PA 19406.

6. Therefore, this Jefferson Circuit Court, Commonwealth of Kentucky, civil action is one of which the district courts of the United States have original jurisdiction pursuant to 28 U.S.C. § 1332. Finally, venue is proper in this court pursuant to 28 U.S.C. § 1391.

7. The cause is thereby removable, and is hereby removed to the United States District Court, Western District of Kentucky, at Louisville, pursuant to provisions of 28 U.S.C. § 1441(b).

8. This Notice is signed pursuant to Civil Rule 11, Federal Rules of Civil Procedure.

9. The Defendant has sent written notice and a copy of these pleadings to the Clerk, Commonwealth of Kentucky, Jefferson Circuit Court, and a copy of this notice of removal has been sent to the Plaintiff.

WHEREFORE, the Defendant, TBD Acquisition, LLC d/b/a The Brook Hospital-Dupont ("The Brook"), respectfully requests that Civil Action No. 13-CI-06148, Division 11, Jefferson Circuit Court, Commonwealth of Kentucky, be removed to and proceed in the United States District Court, Western District of Kentucky, at Louisville, and that no further proceedings be held in said case in the Jefferson Circuit Court, Commonwealth of Kentucky.

Respectfully submitted,

PHILLIPS PARKER ORBERSON & ARNETT, P.L.C.

By: */s/ Sean Ragland*
Sean Ragland, Esq. (sragland@ppoalaw.com)
Nicholas R. Hart, Esq. (nhart@ppoalaw.com)
716 West Main Street, Suite 300
Louisville, Kentucky 40202
(502) 583-9900
*Counsel for TBD Acquisitions*
*d/b/a The Brook Hospital-Dupont*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 20, 2013, I electronically filed this document through the ECF system, and also mailed a true and accurate copy of the foregoing, via U.S. mail, postage pre-paid to:

Michael R. Hance, Esq.
Chandrika Srinivasan, Esq.
Kelly Bowles, Esq.
Hance & Srinivasan
8700 Westport Road, Suite 101
Louisville, Kentucky
*Counsel for Plaintiff*

                                                */s/Sean Ragland*
                                                Sean Ragland