CIVIL ACTION NO.   **13CI06148**   JEFFERSON CIRCUIT COURT
　　　　　　　　　　　　　　　　　　　　　~~DIVISION NO.~~ CIRCUIT COURT
　　　　　　　　　　　　　　　　　　　　　JUDGE_____  DIVISION ELEVEN (11)

GREGORY HOLEHAN as Administrator　　　　　　　　　　　PLAINTIFF
the Estate of KELSEY HOLEHAN, Deceased,
6603 Poplar Forest Lane
Louisville, KY 40291


vs.　　　　　　　　　**COMPLAINT**


TBD ACQUISITION, LLC　　　　　　　　　　　　　　　　DEFENDANT
d/b/a The Brook Hospital-Dupont
367 S. Gulph Road
King of Prussia, PA 19406
　　**SERVE:**　　CT Corporation System
　　　　　　　　306 West Main Street
　　　　　　　　Suite 512
　　　　　　　　Frankfort, KY 40601


\* \* \* \* \* \* \*

Come now the Plaintiff, Gregory Holehan, as Administrator of the Estate of Kelsey Holehan, Deceased, by and through counsel, and for his causes of action against the Defendants, TBD Acquisition, LLC d/b/a The Brook Hospital-Dupont state as follows:

I.

Kelsey Holehan, at all times relevant to this Complaint, was a resident of Kentucky. Gregory Holehan is the Administrator of the Estate of Kelsey Holehan, Deceased. Gregory Holehan was appointed as Administrator on August 22, 2013 and is the proper person to bring this claim.

II.

At all times relevant hereto, Defendant TBD Acquisition, LLC d/b/a The Brook Hospital-Dupont was and is a corporation organized and existing under the laws of the State of Delaware,

but is registered and does business in Kentucky as "The Brook Hospital-Dupont" and therefore, is subject to the jurisdiction of this Court. The agent for service of process is CT Corporation System, 306 West Main Street, Suite 512, Frankfort, KY 40601.

### III.

The Brook Hospital-Dupont is the assumed name of TBD Acquisition, LLC. TBD Acquisition, LLC is the legal owner, operator, and proper person to be sued for negligence by employees, agents, and ostensible agents of The Brook Hospital-Dupont.

### IV.

Defendant TBD Acquisition, LLC d/b/a The Brook Hospital-Dupont holds itself out to the public as a provider of medical care, psychiatric care, nursing care, physician care, and all attendant medical care and services.

### V.

Defendant TBD Acquisition, LLC d/b/a The Brook Hospital-Dupont by and through its agents, servants, employees and/or ostensible agents, undertook to provide medical care and services to Kelsey Holehan.

### VI.

Defendant TBD Acquisition, LLC d/b/a The Brook Hospital-Dupont by and through its agents, servants, employees and/or ostensible agents, was negligent in its care and treatment Kelsey Holehan by acts of omission and/or commission, and such negligence was a substantial factor in causing the injuries and bringing about the damages sustained by Plaintiff.

### VII.

As a direct and proximate result of the negligence and carelessness of Defendant, TBD Acquisition, LLC d/b/a The Brook Hospital-Dupont, decedent Kelsey Holehan experienced physical and mental pain and suffering, was required to seek and obtain medical care and treatment,

was required to expend sums of money for said medical care and treatment, suffered lost wages and lost earnings, had her power to labor and earn money permanently destroyed, and subsequently died as a result of Defendant's negligence.

### VIII.

The acts and/or omissions of Defendant, TBD Acquisition, LLC d/b/a The Brook Hospital-Dupont, which are stated in the preceding paragraphs, were grossly negligent, reckless, wanton and/or willful, thus making the Defendants TBD Acquisition, LLC d/b/a The Brook Hospital-Dupont, liable to Plaintiff for punitive damages.

### IX.

By reason of the foregoing, Plaintiff Gregory Holehan, as Administrator of the Estate of Kelsey Holehan, Deceased, has been damaged in an amount in excess of any minimum dollar amount necessary to establish jurisdiction in this Court.

**WHEREFORE,** Plaintiff Gregory Holehan, as Administrator of the Estate of Kelsey Holehan, Deceased, demands judgment against the Defendant, TBD Acquisition, LLC d/b/a The Brook Hospital-Dupont as follows:

1. For compensatory damages in an amount to be proven at trial;
2. For funeral and burial expenses;
3. For punitive damages in an amount to be proven at trial;
4. For a trial by jury;
5. For all costs incurred herein, including a reasonable attorney's fee;
6. For all interest available under law on the above sums from the date of the Plaintiffs' individual injuries until paid; and
7. For any and all other relief to which the Plaintiffs may appear justly entitled.

Respectfully submitted,

*/s/ Michael R. Hance*

Michael R. Hance
Chandrika Srinivasan
Kelly Bowles
Hance & Srinivasan
8700 Westport Road, Suite 101
Louisville, Kentucky 40242
(502) 426-4301
(502) 562-0097 fax
mhance@hslawky.com

COUNSEL FOR PLAINTIFF