UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:13-CV-1226-R

GREGORY HOLEHAN, administrator of Estate of                               PLAINTIFF
Kelsey Holehan

V.           **PLAINTIFF'S FIRST AMENDED COMPLAINT**

TBD ACQUISTION, LLC                                                       DEFENDANTS

and

JOHN R. BAIRD, M.D., PLC
d/b/a HEALING OPTIONS
3012 Eastpoint Parkway
Louisville, Kentucky 40223
    Serve:  John R. Baird, M.D.,
                3012 Eastpoint Parkway
                Louisville, Kentucky 40223

and

HEALING OPTIONS WELLNESS & LIFESTYLE CENTER, LLC
3012 Eastpoint Parkway
Louisville, Kentucky 40223
    Serve:  John R. Baird, M.D.,
                3012 Eastpoint Parkway
                Louisville, Kentucky 40223

and

JOHN R. BAIRD, M.D., individually
3012 Eastpoint Parkway
Louisville, Kentucky 40223

and

LOUISVILLE BEHAVIORAL HEALTH SYSTEMS, PLLC
3430 Newburg Road
Suite 212
Louisville, Kentucky 40218
    Serve:  Charles B. Bensenhaver, III, M.D.
                3430 Newburg Road
                Louisville, Kentucky 40218

and

KEVIN G. BAYS, M.D., individually
3430 Newburg Road
Suite 212
Louisville, Kentucky 40218

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Come now the Plaintiff, Gregory Holehan, as Administrator of the Estate of Kelsey Holehan, Deceased, by and through counsel, and for his causes of action against the Defendants, TBD Acquisition, LLC d/b/a The Brook Hospital-Dupont, John R. Baird M.D., PLC d/b/a Healing Options, Healing Options Wellness & Lifestyle Center, LLC, John R. Baird, M.D., individually, Louisville Behavioral Systems, PLLC and Kevin G. Bays, M.D., jointly and severally states as follows:

**I.**

Kelsey Holehan, at all times relevant to this Complaint, was a resident of Kentucky. Gregory Holehan is the Administrator of the Estate of Kelsey Holehan, Deceased. Gregory Holehan was appointed as Administrator on August 22, 2013 and is the proper person to bring this claim.

**II.**

Plaintiff reiterates, adopts and reaffirms each and every allegation of his Original Complaint not inconsistent with this First Amended Complaint.

**III.**

Defendant, HEALING OPTIONS is the assumed name of JOHN R. BAIRD M.D., PLC and is the legal owner, operator, and proper person to be sued for negligence by employees, agents, and ostensible agents of HEALING OPTIONS. (Hereinafter referred to as HEALING OPTIONS)

**IV.**

Defendant HEALING OPTIONS holds itself out to the public as a provider of medical care, pain management, nursing care, physician care, and all attendant medical care and services.

**V.**

Defendant HEALING OPTIONS by and through its agents, servants, employees and/or ostensible agents, undertook to provide medical care and services to Kelsey Holehan.

**VI.**

Defendant HEALING OPTIONS by and through its agents, servants, employees and/or ostensible agents, was negligent in its care and treatment Kelsey Holehan by acts of omission and/or commission, and such negligence was a substantial factor in causing the injuries and bringing about the damages sustained by Plaintiff.

**VII.**

As a direct and proximate result of the negligence and carelessness of Defendant, HEALING OPTIONS, decedent Kelsey Holehan experienced physical and mental pain and suffering, was required to seek and obtain medical care and treatment, was required to expend sums of money for said medical care and treatment, suffered lost wages and lost earnings, had her power to labor and earn money permanently destroyed, and subsequently died as a result of Defendant's negligence.

**VIII.**

The acts and/or omissions of Defendant, HEALING OPTIONS, which are stated in the preceding paragraphs, were grossly negligent, reckless, wanton and/or willful, thus making the Defendant, HEALING OPTIONS, liable to Plaintiff for punitive damages.

**IX.**

Defendant HEALING OPTIONS WELLNESS & LIFESTYLE CENTER, LLC holds itself out to the public as a provider of medical care, pain management, nursing care, physician care, and all attendant medical care and services.  John R. Baird, M.D. is the registered agent of said Defendant and is the proper person for service of Process.

**X.**

Defendant HEALING OPTIONS WELLNESS & LIFESTYLE CENTER, LLC by and through its agents, servants, employees and/or ostensible agents, undertook to provide medical care and services to Kelsey Holehan.

**XI.**

Defendant HEALING OPTIONS WELLNESS & LIFESTYLE CENTER, LLC by and through its agents, servants, employees and/or ostensible agents, was negligent in its care and treatment Kelsey Holehan by acts of omission and/or commission, and such negligence was a substantial factor in causing the injuries and bringing about the damages sustained by Plaintiff.

**XII.**

As a direct and proximate result of the negligence and carelessness of Defendant, HEALING OPTIONS WELLNESS & LIFESTYLE CENTER, LLC, decedent Kelsey Holehan experienced physical and mental pain and suffering, was required to seek and obtain medical care and treatment, was required to expend sums of money for said medical care and treatment, suffered lost wages and lost earnings, had her power to labor and earn money permanently destroyed, and subsequently died as a result of Defendant's negligence.

**XIII.**

The acts and/or omissions of Defendant, HEALING OPTIONS WELLNESS & LIFESTYLE CENTER, LLC, which are stated in the preceding paragraphs, were grossly negligent, reckless, wanton and/or willful, thus making the Defendant, HEALING OPTIONS, liable to Plaintiff for punitive damages.

## XIV.

Defendant LOUISVILE BEHAVIORAL HEALTH SYSTEMS, PLLC holds itself out to the public as a provider of medical care, psychiatric management, physician care, and all attendant medical care and services. Charles B. Bensenhaver, III, M.D. is the registered agent of said Defendant and is the proper person for service of Process.

## XV.

Defendant LOUISVILE BEHAVIORAL HEALTH SYSTEMS, PLLC by and through its agents, servants, employees and/or ostensible agents, undertook to provide medical care and services to Kelsey Holehan.

## XVI.

Defendant LOUISVILE BEHAVIORAL HEALTH SYSTEMS, PLLC by and through its agents, servants, employees and/or ostensible agents, was negligent in its care and treatment Kelsey Holehan by acts of omission and/or commission, and such negligence was a substantial factor in causing the injuries and bringing about the damages sustained by Plaintiff.

## XVII.

As a direct and proximate result of the negligence and carelessness of Defendant, LOUISVILE BEHAVIORAL HEALTH SYSTEMS, PLLC, decedent Kelsey Holehan experienced physical and mental pain and suffering, was required to seek and obtain

medical care and treatment, was required to expend sums of money for said medical care and treatment, suffered lost wages and lost earnings, had her power to labor and earn money permanently destroyed, and subsequently died as a result of Defendant's negligence.

### XVIII.

The acts and/or omissions of Defendant, LOUISVILE BEHAVIORAL HEALTH SYSTEMS, PLLC, which are stated in the preceding paragraphs, were grossly negligent, reckless, wanton and/or willful, thus making the Defendant, HEALING OPTIONS, liable to Plaintiff for punitive damages.

### XIX.

At all times mentioned in this Complaint, Defendant JOHN R. BAIRD, M.D., was duly licensed under the laws of the State of Kentucky and engaged in the practice of his profession.  JOHN R. BAIRD M.D. holds himself out to the public as a provider medical care and pain management medical care, all attendant medical care and services necessary for the care of patients.

### XX.

As a physician duly licensed under the laws of the State of Kentucky, Defendant JOHN R. BAIRD, M.D., was required to exercise and use in the treatment of his patients the degree of skill and learning ordinarily used under the same or similar circumstances by members of said Defendant's profession.

### XXI.

Defendant JOHN R. BAIRD, M.D., was negligent in his care and treatment of Kelsey Holehan, by acts of omission and/or commission, and such negligence was a substantial factor in causing the injuries and bringing about the damages sustained by

Plaintiffs.

### XXII.

Defendant JOHN R. BAIRD, M.D., is an employee, agent, servant and/or ostensible agent of Defendant HEALING OPTIONS WELLNESS & LIFESTYLE CENTER, LLC.

### XXIII.

Defendant JOHN R. BAIRD, M.D., is an employee, agent, servant and/or ostensible agent of Defendant JOHN R. BAIRD, PLC, d/b/a HEALING OPTIONS.

### XXIV.

The acts and/or omissions of Defendant, JOHN R. BAIRD, M.D., which are stated in the preceding paragraphs, were grossly negligent, reckless, wanton and/or willful, thus making the Defendant, JOHN R. BAIRD, M.D., liable to Plaintiff for punitive damages.

### XXV.

At all times mentioned in this Complaint, Defendant KEVIN G. BAYS, M.D., was duly licensed under the laws of the State of Kentucky and engaged in the practice of his profession.  KEVIN G. BAYS, M.D. holds himself out to the public as a provider medical care and pain management medical care, all attendant medical care and services necessary for the care of patients.

### XXVI.

As a physician duly licensed under the laws of the State of Kentucky, Defendant KEVIN G. BAYS, M.D., was required to exercise and use in the treatment of his patients the degree of skill and learning ordinarily used under the same or similar circumstances by members of said Defendant's profession.

## XXVII.

Defendant KEVIN G. BAYS, M.D., was negligent in his care and treatment of Kelsey Holehan, by acts of omission and/or commission, and such negligence was a substantial factor in causing the injuries and bringing about the damages sustained by Plaintiffs.

## XXVIII.

Defendant KEVIN G. BAYS, M.D., is an employee, agent, servant and/or ostensible agent of Defendant LOUISVILLE BEHAVIORAL HEALTH SYSTEMS, PLLC.

## XXIX.

The acts and/or omissions of Defendant, KEVIN G. BAYS, M.D., which are stated in the preceding paragraphs, were grossly negligent, reckless, wanton and/or willful, thus making the Defendant, KEVIN G. BAYS, M.D., liable to Plaintiff for punitive damages.

## XXX.

The acts of ALL Defendants, collectively, jointly and severally, were negligent, grossly negligent and the direct and proximate cause of the Plaintiff's damages.

## XXXI.

By reason of the foregoing, Plaintiff Gregory Holehan, as Administrator of the Estate of Kelsey Holehan, Deceased, has been damaged in an amount in excess of any minimum dollar amount necessary to establish jurisdiction in this Court.

**WHEREFORE,** Plaintiff Gregory Holehan, as Administrator of the Estate of Kelsey Holehan, Deceased, demands judgment against the Defendants, TBD Acquisition, LLC d/b/a The Brook Hospital-Dupont, John R. Baird M.D., PLC d/b/a Healing Options,

Healing Options Wellness & Lifestyle Center, LLC, John R. Baird, M.D., individually, Louisville Behavioral Systems, PLLC and Kevin G. Bays, M.D., jointly and severally as follows:

1. For compensatory damages in an amount to be proven at trial;

2. For funeral and burial expenses;

3. For punitive damages in an amount to be proven at trial;

4. For a trial by jury;

5. For all costs incurred herein, including a reasonable attorney's fee;

6. For all interest available under law on the above sums from the date of the Plaintiffs' injuries until paid; and

7. For any and all other relief to which the Plaintiffs may appear justly entitled.

Respectfully submitted,

/s/ Michael R. Hance
Michael R. Hance
Chandrika Srinivasan
Hance & Srinivasan, PLLC
8700 Westport Road, Suite 101
Louisville, Kentucky 40242
502-426-4301
*Counsel for Plaintiff*
mhance@hslawky.com
Chandrika@hslawky.com